UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————X

LOIS E. COLE,

                Plaintiff,

      - against -

ALLIED WASTE INDUSTRIES, INC.,
SUBURBAN CARTING CORPORATION and
MICHAEL SABATINI,

              Defendants.

—————————————————————————X

03 CV 03251 (SCR)

**SATISFACTION BY
JUDGMENT DEBTOR**

      LOIS E. COLE, the judgment creditor, having received full satisfaction and

payment, releases the judgment entered on June 21, 2007, against the judgment debtors,

ALLIED WASTE INDUSTRIES, INC., SURBURBAN CARTING CORPORATION

and MICHAEL SABATINI, in the amount of Two hundred seventy-two thousand dollars,

inclusive of all costs.

DATED: White Plains, New York
        July 26, 2007

                                      
MESSINA & ASSOCIATES, PC
By: Anthony John Messina, Esq.
Attorneys for Judgment Creditor
81 Main Street - Suite 118
White Plains, New York 10601
Telephone: (914) 949-9440

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Yesenia Irizarry, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Bronx, New York.

That on July 30, 2007, deponent served the within **Satisfaction by Judgment Debtor** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:


TO:

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Anthony J. Messina, Esq.
MESSINA & ASSOCIATES, P.C.
Attorneys for Plaintiff
81 Main Street, Suite 118
White Plains, New York 10601

Yesenia Irizarry

Sworn to before me this
30th day of July, 2007

**DENA M. SERRANO**
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010

*Index No.* CV 3251                                          *Year 2003*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOIS E. COLE,

                                          Plaintiff,

                – against –

ALLIED WASTE INDUSTRIES, INC., SUBURBAN CARTING CORPORATION
and MICHAEL A. SABATINI,

                                          Defendants.

# Satisfaction of Judgment Debtor

## CAMACHO MAURO MULHOLLAND, LLP
*Attorneys for Defendants*
### Michael A. Sabatini, Suburban Carting Corporation
### and Allied Waste Industries, Inc.
Empire State Building
350 Fifth Avenue - Suite 5101
New York, N.Y. 10118
(212) 947-4999
Our File No.:   * * *

*To:*      * * *
*Attorney(s) for*      * * *

*Service of a copy of the within*   * * *                    is hereby admitted.
*Dated:*   ***
                              . . . . . . . . . . . . . . . . . . . . . . . . . .
                                          *Attorney(s) for*   * * *

PLEASE TAKE NOTICE
☐   *that the within is a (certified) true copy of a * * ***
    *entered in the office of the clerk of the within named Court on*   * * *
NOTICE OF
ENTRY

☐   *that an Order of which the within is a true copy will be presented for settlement to the Hon.* ***
    *one of the judges of the within named Court, at ***, on ***, at*   ***  .
NOTICE OF
SETTLEMENT

*Dated:* New York, New York
         July 30, 2007

## CAMACHO MAURO MULHOLLAND, LLP
*Attorneys for*
### Michael A. Sabatini, Suburban Carting Corporation
### And Allied Waste Industries, Inc.